# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2011

142344

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IRA GORDON and YOLANDA GORDON,
      Plaintiffs-Appellants,

v

JIM LIPPENS CONSTRUCTION, INC.,
JIM LIPPENS, and CHIKAMING TOWNSHIP,
      Defendants,
and

HOWARD GAUL,
      Defendant-Appellee.

SC: 142344
COA: 293084
Berrien CC: 2006-003082-CK

_____/

On order of the Court, the application for leave to appeal the November 30, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2011

t0518

_____
Clerk